IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM ANTHIA SIMPSON,

      Appellant,

v.                         Case No. 5D22-3008
                              LT Case No. 2018-CF-035819-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 25, 2023

3.850 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

William Anthia Simpson, South Bay,
pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., JAY and MACIVER, JJ., concur.